UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

HOWARD E. WELLS, II,

Plaintiff,

v. Case No. 26-CV-919

CITY OF GREEN BAY et al.,

Defendants.

---

**ORDER**

---

Plaintiff Howard E. Wells, II, is currently incarcerated at Redgranite Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. On October 6, 2026, the Court screened Plaintiff's amended complaint and dismissed the action for failure to state a claim upon which a federal court can grant relief. (ECF No. 22.) Judgment was entered the same day. (ECF No. 23.) This matter comes before the Court on Plaintiff's motion for reconsideration.

A motion filed under Federal Rule of Civil Procedure 59(e) requests that the Court alter or amend judgments on the basis of a manifest error of law or newly discovered evidence. Fed. R. Civ. P. 59(e). A "manifest error" is not demonstrated by the disappointment of the losing party; it is the wholesale disregard, misapplication, or failure to recognize controlling precedent. *Oto v. Metropolitan Life Ins. Co.*, 224 F.3d 601, 606 (7th Cir. 2000). A motion under Rule 59(e) "must be filed no later than 28 days after the entry of judgment." Fed. R. Civ. P. 59(e).

The Court has reviewed its October 6, 2026, screening order and Plaintiff's motion and concludes that there is no basis to alter the decision. Plaintiff has not offered any factual or legal argument to suggest that the Court's October 6, 2026, screening order was in error. In short,

Plaintiff has not demonstrated that he is entitled to relief. Therefore, the Court will deny his motion for reconsideration.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for reconsideration (ECF No. 26) is **DENIED**.

Dated at Green Bay, Wisconsin on November 2, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge